IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NUMBER: 17-cr-20038-03-DDC |
| v. | ) |
| DILLON LANE REED, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas and Tristram W. Hunt, Assistant U.S. Attorney, hereby moves the Court to dismiss the case against the above-captioned defendant without prejudice in the interests of justice.

STEPHEN R. McALLISTER
United States Attorney
District of Kansas


 *s/Tristram W. Hunt*
Tristram W. Hunt, #18196
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail:   tris.hunt@usdoj.gov
ELECTRONICALLY FILED
Attorneys for Plaintiff

1

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Kevin W. Babbit
>Fagan Emert & Davis LLC
>730 New Hampshire, Suite 210
>Lawrence, KS 66044
>>Attorney for Defendant

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

>None.

>>s/Tristram W. Hunt
>>Tristram W. Hunt, #18196
>>Assistant United States Attorney